**CSD 2065** [07/24/03]

Court Telephone: (619) 557-5620
Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov
    James L. Kennedy
    P.O. Box 28459
    San Diego, CA 92198
    (858) 451-8859

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
    EUGENE COBB
    JACQUELINE CLEON COBB

BANKRUPTCY NO. 09-00170-LA07

Debtor.

## NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

    Pursuant to 11 U.S.C. § 554 and Federal Rule of Bankruptcy Procedure 6007(a), notice is hereby given that the undersigned Trustee for the estate of the above-named debtor intends to abandon the following property:

PROPERTY TO BE ABANDONED: 2000 Ferrari 360 Modena with a scheduled value of $85,000.00; 1999 Ferrari 360 Modena with a scheduled value of $80,000.00

ESTIMATED VALUE OF THE PROPERTY: As scheduled

LIENS AGAINST THE PROPERTY: Uncertain

The property is to be abandoned because:

☒    There is little or no equity in the property for the estate.

☐    Costs of collection or litigation will probably exceed any recovery.

☐    Preservation of the asset is burdensome to the bankruptcy estate.

☐    Other:

    By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

**CSD 2065**

**CSD 2065 (Page 2)** [07/24/03]

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to your bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    - M   -   Call (619) 557-6019   -   DEPARTMENT ONE (Room 218)
    - A   -   Call (619) 557-6594   -   DEPARTMENT TWO (Room 118)
    - H   -   Call (619) 557-6018   -   DEPARTMENT THREE (Room 129)
    - B   -   Call (619) 557-5157   -   DEPARTMENT FOUR (Room 328)

2. **WITHIN TWENTY-EIGHT (28)[1] DAYS FROM THE DATE OF SERVICE OF THIS NOTICE**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO THE ABANDONEMENT and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 402 W. Broadway, Suite 600, San Diego, CA 92101. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

    a.   identify the interest of the opposing party; and

    b.   state, with particularity, the grounds for the opposition.

3.   **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

Dated:   February 5, 2009             /s/ James L. Kennedy
                                       Chapter 7 Trustee
                                       Address:   P.O. Box 28459
                                                  San Diego, CA 92198

                                       Phone No.:   (858) 451-8859
                                       E-mail:   jim@jlkennedy.com

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

**CSD 2065**