**CSD 1162** [08/22/03]
Name, Address, Telephone No. & I.D. No.
JaVonne M. Phillips, Esq., SBN 187474
Mishaela J. Graves, Esq., SBN 259765
McCarthy & Holthus, LLP
1770 Fourth Avenue          Phone: (619)685-4800
San Diego, CA 92101          Fax: (619)685-4810

Order Entered on
January 21, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>    Eugene Cobb, Jacqueline Cleon Cobb,<br><br>                                                    Debtors. | BANKRUPTCY NO. 09-00170-LA7 |
| Wells Fargo Bank NA as Trustee for WaMu Mortgage Pass Through Certificates Series 2005-PR2 Trust, its assignees and/or successors, and the servicing agent JPMorgan Chase Bank, National Association,<br><br>                                                Moving Party. | RS NO.    MIG-1 |
| Eugene Cobb, Jacqueline Cleon Cobb, Debtors; and James L. Kennedy, Chapter 7 Trustee;  and Washington Mutual Mortgage, Junior Lien,<br><br>                                                    Respondents. | CHAPTER NO.7 |

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☒ REAL PROPERTY ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through three (3) with exhibits, if any, for a total of 3 pages, is granted. Motion/Application Docket Entry 41.

//
//
//
//
//
//
//
//

DATED: January 20, 2010

_/s/ Louise DeCarl Adler_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.
Submitted by:

McCarthy & Holthus, LLP

(Firm Name)

By:    /s/ Mishaela J. Graves, Esq.
       Attorney for ☒ Movant ☐ Respondent

CSD 1162

**CSD 1162** [08/22/03] **(Page 2)**
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTORS: Eugene Cobb and Jacqueline Cleon Cobb,            CASE NO.: 09-00170-LA7
                                                          RS NO.: MIG-1

The Motion of JPMorgan Chase Bank, National Association as servicing agent for Wells Fargo Bank NA as Trustee for WaMu Mortgage Pass through Certificates Series 2005-PR2 Trust, its assignees and/or successors ("Movant"), for relief from the automatic stay having been filed with the above-entitled court on 12/28/2009, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 42, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on 12/28/2009, and

☒ Debtor *(Name)*: Eugene Cobb and Jacqueline Cleon Cobb

☒ Debtor's Attorney *(Name)*: Thomas M. Lockhart

☒ Trustee *(Name)*: James L. Kennedy

☒ United States Trustee (in Chapter 11 & 12 cases), and

☒ Others, if any *(Name)*: Washington Mutual Mortgage (Junior Lien Holders); and Alexander McCoy (Special Notice); and Recovery Management Systems Corp. (Special Notice); and Cabrillo Commerce Center, LLC (Special Notice); and Jorge Chavez (Special Notice)

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☒ The following real property:
    a. Street address of the Property including county and state:

        2126 Paradise Street
        San Diego, CA 92114

        San Diego County
    b. Legal description is ☒ attached as Exhibit A or ☐ described below:

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

IT IS FURTHER ORDERED that *(Optional)*: **The fourteen-day stay described in Bankruptcy Rule 4001(a)(3) is waived; and**

The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

CSD 1162

*Signed by Judge Louise DeCarl Adler January 20,2010*

**CSD 1162** [08/22/03] **(Page 3)**
ORDER ON NON CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTORS: Eugene Cobb and Jacqueline Cleon Cobb,              CASE NO.: 09-00170-LA7
                                                             RS NO.: MIG-1

# EXHIBIT A

All that certain real property situated in the County of San Diego, State of California, described as follows:

Parcel 3 of Parcel Map No. 6835, in the City of San Diego, County of San Diego, State of California, Filed in the Office of the County Recorder of San Diego County, February 1, 1978 as File No. 78-042994 of Official Records.

CSD 1162

*Signed by Judge Louise DeCarl Adler January 20,2010*