**THOMAS M. LOCKHART,** #64344
LOCKHART & BRITTON
7777 Alvarado Road, #622
La Mesa, CA 91942
(619)698-6800

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: | ) | Bk No. **09-00170-A7** |
| | ) | |
| **EUGENE COBB** and | ) | **SUBSTITUTION OF ATTORNEY** |
| **JACQUELINE CLEON COBB**, | ) | |
| Debtors. | ) | |
| _____ | ) | |

EUGENE COBB and JACQUELINE CLEON COBB, Debtors herein, hereby substitute themselves, in pro per, in place and instead of THOMAS M. LOCKHART, Attorney at law.

The undersigned consents to the above substitution.

DATED:    1/21/10              /s/ **EUGENE COBB**

DATED:    1/21/10              /s/ **JACQUELINE CLEON COBB**

The undersigned accepts the above substitution.

DATED:    1/4/10               /s/ **THOMAS M. LOCKHART**
                               Attorney at law

1

**THOMAS M. LOCKHART** #64344
LOCKHART & BRITTON
7777 ALVARADO RD, SUITE 622
LA MESA, CA 91942
(619) 698-6800

Attorney for Debtors/Defendants

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: ) | Case NO. **09-90127-A7** |
| ) | |
| **EUGENE COBB** ) | **CERTIFICATION OF SERVICE** |
| ) | **BY MAIL** |
| **JACQUELINE CLEON COBB** ) | |
| Debtor ) | |

I, the undersigned whose business address appears above, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age.

That on the 22nd day of JANUARY, 2010, I served a true copy of the annexed papers to wit:

**SUBSTITUTION OF ATTORNEY**

By first class U.S. Mail, postage prepaid, on,

JAMES L. KENNEDY, Trustee
PO Box 28459
San Diego, CA 92128

United States Trustee
Department of Justice
402 West Broadway #630
San Diego, CA 92101

MISHAELA J. GRAVES
MCCARTHY & HOLTHUS
1770 FOURTH AVENUE
SAN DIEGO, CA 92101

I declare under penalty of perjury that the foregoing is true and correct, executed at La Mesa, California on 1/22/10.

/S/ **Madelyn R. Vallone**